IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE CATER and CHERYL CATER, Plaintiffs, v. STARBUCKS CORPORATION, et al., Defendants. | Civil Action No. 07-2660 |

**ORDER**

August 10, 2010                                                                   Pollak, J.

AND NOW, this 10th day of August, 2010, for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Starbucks' motion for summary judgment against Mastropieri and George and Cheryl Cater, based upon a lack of duty and right to indemnification (docket no. 90) is DENIED.

BY THE COURT:

/s/ Louis H. Pollak

Pollak, J.