IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE CATER and CHERYL CATER, Plaintiffs, <br><br> v. <br><br> STARBUCKS CORPORATION, et al., Defendants. | Civil Action No. 07-2660 |

**ORDER**

August 10, 2010                                                                                                                                                                              Pollak, J.

AND NOW, this 10th day of August, 2010, for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion for summary judgment of 218 MJG, Inc. d/b/a the Beer Yard (docket no. 86) is DENIED.

                                                                           BY THE COURT:

                                                                           /s/ Louis H. Pollak
                                                                           Pollak, J.