**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GEORGE CATER and CHERYL CATER, <br> Plaintiffs, <br><br> v. <br><br> STARBUCKS CORPORATION, et al., <br> Defendants. | Civil Action No. 07-2660 |

**ORDER**

August 10, 2010                                                                                             Pollak, J.

AND NOW, this 10th day of August, 2010, for the reasons stated in the

accompanying memorandum, it is hereby ORDERED that Paul Mastropieri's motion for

summary judgment (docket no. 88) is DENIED.


BY THE COURT:



/s/ Louis H. Pollak

Pollak, J.