# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE CATER and CHERYL CATER, Plaintiffs, v. STARBUCKS CORPORATION, et al., Defendants. | Civil Action No. 07-2660 |

## ORDER

August 10, 2010                                                                                         Pollak, J.

AND NOW, this 10th day of August, 2010, for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Anthony Marchesani's motion for summary judgment (docket no. 87) against George and Cheryl Cater and against Starbucks is DENIED.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.